# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ANDRE M. RODGERS,**

       **Plaintiff,**

v.

**KILOLO KIJAKAZI,**[1]
**Commissioner of Social Security,**

       **Defendant.**

Case No. 2:20-cv-5601
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly Jolson

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion for Entry of Judgment and Remand pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g), which is hereby **GRANTED**.  (ECF No. 17.)  The Court **REMANDS** this case for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary, including offering Plaintiff a new hearing, to determine whether Plaintiff is disabled within the meaning of the Social Security Act.  The Clerk is **DIRECTED** to close this case.

    **IT IS SO ORDERED.**


**7/21/2021**                     s/Edmund A. Sargus, Jr.
**DATE**                      EDMUND A. SARGUS, JR.
                           UNITED STATES DISTRICT COURT JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Kilolo Kijakazi is substituted for Andrew Saul.